UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Document Relates to:<br><br>*Troy Blanton v. Pfizer, Inc., et al.;*<br>3:06-cv-2317-CRB | **STIPULATION** |

It is hereby STIPULATED by and between all parties, through the respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that the claims of Plaintiff Troy Blanton in this action are dismissed with prejudice. Plaintiff to pay court costs.

Respectfully submitted,

**DAVIS, BETHUNE & JONES, L.L.C.**

By_____
Grant L. Davis - #34799
Shawn G. Foster - #47663
Thomas C. Jones - #38499
Scott S. Bethune - #35685
Timothy L. Brake - #23802
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO 64196
Telephone :   (816) 421-1600
Facsimile:    (816) 472-5972
ATTORNEYS FOR PLAINTIFF

Date: 8/02/07

*Amy W. Schulman*
Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
212-835-6108 telephone

Attorney for Defendants

Date: September 10, 2007

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>Plaintiff,<br><br>v.<br><br>This document relates to *Troy Blanton v. Pfizer, Inc., et al.;* 3:06-cv-2317-CRB<br><br>Defendant. | MDL NO. 1699<br><br>Case No. M:05-CV-01699-CRB |

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF TROY BLANTON

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Troy Blanton, in the above-referenced matter is dismissed with prejudice.

Dated: _____, 2007.

_____
Judge Charles R. Breyer
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB |
| | MDL No. 1699 |
| This Document Relates to: | **VERIFICATION** |
| *Troy Blanton v. Pfizer, Inc., et al.;* 3:06-cv-2317-CRB | |

As attorney for plaintiff Troy Blanton, I hereby verify that the required amount was paid to the common benefit expense fund on 7/09, 2007 pursuant to Pretrial Order No. 8. Further, in accordance with the requirements of Pretrial Order No. 8 that details of any settlement amounts deposited into escrow shall be confidential, the actual amount paid has not been set forth in this document.

Respectfully submitted,

**DAVIS, BETHUNE & JONES, L.L.C.**

By_____
Grant L. Davis - #34799
Shawn G. Foster - #47663
Thomas C. Jones - #38499
Scott S. Bethune - #35685
Timothy L. Brake - #23802
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO 64196
Telephone: (816) 421-1600
Facsimile: (816) 472-5972
ATTORNEYS FOR PLAINTIFF
Date:_____

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>Plaintiff,<br><br>v.<br><br>This document relates to *Troy Blanton v. Pfizer, Inc., et al.;* 3:06-cv-2317-CRB<br><br>Defendant. | MDL NO. 1699<br><br>Case No. M:05-CV-01699-CRB |

## VERIFICATION

As attorney for Defendants, I hereby verify that the required amount was paid to the common benefit expense fund by Plaintiffs' counsel on July 9, 2007 pursuant to Pretrial Order No. 8. Further, in accordance with the requirements of Pretrial Order No. 8, specifically that details of any settlement amounts deposited into escrow shall be confidential, the actual amount paid has not been set forth in this document.

By: *Amy W. Schulman*
Amy W. Schulman, Esq.

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108

Attorneys for Defendants

2

imanage9541451